UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00175-1BO(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ANDREIS RAVON JENRETTE | ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about 2018, the exact date being unknown to the Grand Jury, and continuing up to and including on or about June 9, 2018, ANDREIS RAVON JENRETTE, defendant herein, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine and two hundred eighty (280) grams or more of a mixture and substance containing a detectable amount of cocaine base (crack), Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

On or about May 24, 2018, in the Eastern District of North Carolina, ANDREIS RAVON JENRETTE, defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine and a quantity of a mixture and substance containing a detectable amount of cocaine base (crack), Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about May 24, 2018, in the Eastern District of North Carolina, ANDREIS RAVON JENRETTE, defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Cocaine and Cocaine Base (Crack), in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Two of this Indictment, which is incorporated herein by reference; all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT FOUR

On or about May 24, 2018, in the Eastern District of North Carolina, ANDREIS RAVON JENRETTE, defendant herein, having been convicted of a crime punishable by imprisonment for a term

2

exceeding one (1) year, did knowingly possess in and affecting

commerce, a firearm, in violation of Title 18, United States Code,

Section 922(g)(1) and 924(a)(2).

## COUNT FIVE

On or about June 9, 2018, in the Eastern District of North

Carolina, ANDREIS RAVON JENRETTE, defendant herein, did knowingly

and intentionally possess with the intent to distribute a quantity

of a mixture and substance containing a detectable amount of

cocaine and a quantity of a mixture and substance containing a

detectable amount of cocaine base (crack), Schedule II controlled

substances, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Sections 841(b) and 851, ANDREIS RAVON JENRETTE, defendant herein, committed the violations alleged in Counts One, Two, and Five after one prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

## FORFEITURE NOTICE

The defendant is given notice that pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d), the latter as made applicable by Title 28, United States Code, Section 2461(c), all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense(s) set forth in Count(s) One, Two, and Five, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense(s).

Upon conviction of the offense(s) set forth in Count(s) Three and Four, the defendant shall forfeit to the United States any and all firearms or ammunition involved in or used in a knowing commission of the said offense(s).

The forfeitable property includes, but is not limited to, the following:

4

(a)  One .40 caliber, FN, Model FNP handgun bearing s/n

61CMT05830, and any and all ammunition;

If any of the above-described forfeitable property, as a

result of any act or omission of a defendant --

(1) cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a

third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United

States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of the forfeitable

property described above.

A TRUE BILL·

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

DATE: 10/17/18

ROBERT J. HIGDON, JR.
United States Attorney

BY: SCOTT A. LEMMON
Assistant United States Attorney