IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-175-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEAL** |
| ANDREIS RAVON JENRETTE, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Andreis Ravon Jenrette, by and through undersigned counsel, hereby gives notice of appeal from the Final Judgment [DE 48] entered by this honorable Court on 28 May 2020, pursuant to the Federal Rules of Criminal Procedure and the Local Criminal Rules of Practice and Procedure.

Respectfully submitted, this 10th day of June, 2020.

DYSART WILLIS HOUCHIN & HUBBARD

By: /s/ GEOFFREY RYAN WILLIS  /s/ CHRISTIAN EMERSON DYSART
GEOFFREY RYAN WILLIS          CHRISTIAN EMERSON DYSART
N.C. State Bar NO. 33004       N.C. State Bar NO. 36734
ryan@dysartwillis.com          christian@dysartwillis.com
530 Hillsborough St., Suite 200  530 Hillsborough St., Suite 200
Raleigh, NC 27603              Raleigh, NC 27603
Telephone: (919) 747-8380      Telephone: (919) 747-8380
Facsimile: (919) 882-1222      Facsimile: (919) 882-1222
APPOINTED *ATTORNEY FOR*       *APPOINTED ATTORNEY FOR*
*DEFENDANT*                    *DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF APPEAL** was served upon counsel of record with the Clerk of the Court using the electronic CM/ECF system, which will send electronic notification of such filing to the following:

    Scott A. Lemmon
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of North Carolina
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601
    scott.lemmon@usdoj.gov

This 10th day of June, 2020.

                        DYSART WILLIS HOUCHIN & HUBBARD

               By:  /s/ Geoffrey Ryan Willis
                    GEOFFREY RYAN WILLIS
                    N.C. State Bar No. 33004
                    Email: ryan@dysartwillis.com
                    530 Hillsborough St., Suite 200
                    Raleigh, NC 27603
                    Telephone: (919) 747-8380
                    Facsimile: (919) 882-1222
                    *APPOINTED ATTORNEY FOR DEFENDANT*